IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMRO A ELANSARI, | : |
| Petitioner | : |
| | : CIVIL ACTION NO. 3:18-CV-1123 |
| v. | : |
| | : (Judge Caputo) |
| COM. OF PENNSYLVANIA, *et al.*, | : |
| Respondents | : |

**O R D E R**

**AND NOW,** this **9th** day **APRIL 2019**, it is **ORDERED** that Mr. Elansari's Amended Petition for Preliminary Hearing *Ex Parte* Motion for Emergency Stay of Judgment in Favor of Plaintiff (ECF No. 5) is **DENIED.**

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**